

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00242-CV

KEVIN KHORRAMI                                                    APPELLANT

V.

JOSE TORRES                                                        APPELLEE

----------

### FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 236-272081-14

----------

## MEMORANDUM OPINION[1]

----------

On August 7, 2014, Appellant Kevin Khorrami filed a notice of appeal from an interlocutory order, and on August 27, 2014, the trial court granted his motion to reconsider, vacated the August 7, 2014 order, and rendered a final judgment in the case. On September 3, 2014, we sent Appellant a letter informing him that his appeal appeared to be moot and we would dismiss the appeal unless he filed

---

[1]See Tex. R. App. P. 47.4.

a response stating grounds for continuing the appeal by September 15, 2014. *See Boyzuick v. Brink's Inc.*, No. 02-12-00403-CV, 2012 WL 6049016, at *1 (Tex. App.—Fort Worth Dec. 6, 2012, no pet.) (mem. op.) (dismissing appeal as moot). No response has been filed. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  October 16, 2014